

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON 2022 GRAND JURY
JUNE 1, 2022 SESSION**

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:22-cr-00110
   18 U.S.C. § 641

**RHONDA NOTGRASS**

## INDICTMENT

The Grand Jury Charges:

From on or about August 15, 2020, and continuing until on or about October 17, 2020, at or near Washington, Wood County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant RHONDA NOTGRASS did willfully and knowingly steal, purloin, and convert to her own use, on a recurring basis, money and things of value of the United States in excess of $1,000, that is, Coronavirus Aid, Relief, and Economic Security Act Pandemic Unemployment Assistance benefits.

In violation of Title 18, United States Code, Section 641.

WILLIAM S. THOMPSON
United States Attorney

By: *Kathleen Robeson*
Kathleen E. Robeson
Assistant United States Attorney